# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Otis Mays,

                Plaintiff,

v.

Bloomington Police Department, The City of Bloomington, Carolyn Kne, John Does 1-9, Jane Does 1-8, and Hennepin County Adult Detention Center,

                Defendants.

Case No. 20-cv-0568 (SRN/BRT)

**ORDER**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson, dated July 27, 2020.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Mays's request to the Court received on May 29, 2020 [Doc. No. 7] seeking preliminary injunctive relief from staff at the Federal Correctional Institution in Gilmer County, West Virginia is DENIED.

Dated:  August 27, 2020

                                              s/Susan Richard Nelson
                                              SUSAN RICHARD NELSON
                                              United States District Judge