**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Otis Mays, | Civ. No. 20-568 (SRN/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Bloomington Police Department, The City of Bloomington, Carolyn Kne, John Does 1–9, Jane Does 1–8, and Hennepin County Adult Dention Center, | |
| Defendants. | |

This action comes before the Court on a Letter from Plaintiff Otis Mays filed on September 28, 2020. (Doc. No. 15.) Therein, Mays states that he submitted payment for his filing fee, but that the Clerk's Office assigned it to another case Mays has pending because he failed to note the case number on the payment. Mays also requests that the Court permit his case to proceed without payment of his filing fee. That request is **DENIED**.

While it was Mays's responsibility to note the case number on his payment, the Court will allow him additional time to pay his filing fee in this case. Accordingly, **IT IS HEREBY ORDERED THAT:**

1. This Court **VACATES** its Report and Recommendation (Doc. No. 14) recommending that this matter be dismissed for Mays's failure to pay his filing fee;

2. Mays must pay his initial filing fee of at least **$13.81** within **30 days** of the date of this Order;

2

3. Mays is solely responsible for writing this case number on his payment to ensure it is allocated properly; and

4. Should Mays fail to pay the initial filing fee within the time allowed by this Order, this Court will recommend that this action be dismissed without prejudice for failure to prosecute.

Dated: October 7, 2020

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge