**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Otis Mays,                                                     Civ. No. 20-0568 (SRN/BRT)

          Plaintiff,

v.                                                             **ORDER**

Bloomington Police Department, The City
of Bloomington, Carolyn Kne, John Does
1–9, Jane Does 1–8, and Hennepin
County Adult Dention Center,

          Defendants.

     This action comes before the Court on a Letter from Plaintiff Otis Mays that was filed on November 9, 2020. (Doc. No. 17.) Therein, Mays states that he filled out the withdrawal form to pay his filing fee, but that the Bureau of Prisons has so far failed to send the payment to the Court. Mays also requests, for a second time, that the Court permit his case to proceed without payment of his filing fee. That request is again **DENIED**.

     It remains Mays's responsibility to pay his filing fee, but the Court will grant him one final extension of time to pay that fee in this case. Accordingly, **IT IS HEREBY ORDERED THAT:**

     1.    Mays must pay his initial filing fee of at least **$13.81** on or before **December 28, 2020**;

2

2. Should Mays fail to pay the initial filing fee on or before **December 28, 2020**, this Court will recommend that this action be dismissed without prejudice for failure to prosecute.

Dated: November 25, 2020         *s/ Becky R. Thorson*
                                 BECKY R. THORSON
                                 United States Magistrate Judge