# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Otis Mays,                                          Civ. No. 20-0568 (SRN/BRT)

             Plaintiff,

v.                                                  **REPORT AND**
                                                    **RECOMMENDATION**

Bloomington Police Department, The City
of Bloomington, Carolyn Kne, John Does
1–9, Jane Does 1–8, and Hennepin
County Adult Dention Center,

             Defendants.

---

In an Order dated November 25, 2020, this Court granted Plaintiff Otis Mays "one final extension of time" to pay his initial filing fee in this action, extending the deadline to December 28, 2020. (Doc. No. 18.) This Court had already granted Plaintiff two previous extensions to pay his initial filing fee in this matter, and cautioned Plaintiff that should he fail to pay that fee by December 28, 2020, this Court would recommend this action be dismissed without prejudice for failure to prosecute. (Doc. Nos. 10, 16, 18.)

That deadline has now passed, and Plaintiff has still not paid his initial partial filing fee. Accordingly, this Court now recommends, in accordance with its prior order, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. *See, e.g.*, *Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a

plaintiff's failure to prosecute or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein,

**IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.


Dated: January 6, 2021                    *s/ Becky R. Thorson*
                                          BECKY R. THORSON
                                          United States Magistrate Judge


## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals. Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).