# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Otis Mays, | Civ. No. 20-0568 (SRN/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Bloomington Police Department, The City of Bloomington, Carolyn Kne, John Does 1–9, Jane Does 1–8, and Hennepin County Adult Dention Center, | |
| Defendants. | |

Otis Mays, Reg. No. 21955-041, FCI-Gilmer, Glenville, WV 26351, Plaintiff *pro se*.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated January 6, 2021 [Doc. No. 19]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED that** this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

2

Dated: January 22, 2021               s/Susan Richard Nelson
                                                             SUSAN RICHARD NELSON
                                                             United States District Judge